| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | **Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)** |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Hunt, Jr., Willis B | 2. Court or Organization U. S. District Court, N.D. Ga. | 3. Date of Report 4/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III, active | 5. ReportType (check appropriate type) ○ Nomination, Date 1/23/1995 ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 75 Spring Street, SW Suite 1788 Atlanta, Georgia 30303-3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing Partner | Farm, ████ County, Georgia |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE
2004 MAY -3 P 12: 2
RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hunt, Jr., Willis B | 4/26/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | State of Georgia Retirement Account - benefits for state service prior to joining federal bench | $121,330.20 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BB&T, Savannah, GA | Loan secured by deed to secure debt | L |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Savings Acct, Trust Co. Bank, Atlanta, GA | A | Interest | K | T | | | | | |
| 2. Farm, ████████County, Georgia | D | USDA | P1 | W | | | | | See entry in Section VIII. |
| 3. ████████ County, GA (12/94 – $16,750.00) | | None | K | R | | | | | |
| 4. Property in ████████County, GA (8/00 and 11/00 – $248,000) | | None | M | R | | | | | |
| 5. ████████ County, GA (3/17/2000 – $5,000) | | None | J | R | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less <br> F = $50,001-$100,000 | B = $1,001-$2,500 <br> G = $100,001-$1,000,000 | C = $2,501-$5,000 <br> H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 <br> H2 = More than $5,000,000 | E = $15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less <br> N = $250,000-$500,000 <br> P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 <br> O = $500,001-$1,000,000 | L = $50,001-$100,000 <br> P1 = $1,000,001-$5,000,000 <br> P4 = $More than $50,000,000 | M = $100,001-$250,000 <br> P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal <br> U = Book Value | R = Cost (Real Estate Only) <br> V = Other | S = Assessment <br> W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hunt, Jr., Willis B | 4/26/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Section III: This amount was the same in both 2002 and 2003.

Section VII, No. 2: Represents payment from U. S. Dept. of Agriculture

Section VII, No.'s 4 & 5: These two items appeared on the 2002 annual report as numbers 5 & 6. Item 4 on the 2002 report, as noted in that report, was disposed of in 2002.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date 4/26/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544